**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lloyd-Lawrence St. Clair,<br><br>   Plaintiff,<br><br>v.<br><br>Specialized Loan Servicing LLC, et al.,<br><br>   Defendants. | No. CV-20-01148-PHX-DLR<br><br>**ORDER** |

On September 9, 2020, Magistrate Judge Camille D. Bibles issued an order to show cause, which gave Plaintiff until October 2, 2020 to show cause why this case should not be dismissed for Plaintiff's failure to effect service. (Doc. 8.) On September 30, 2020, Plaintiff filed a response to the order to show cause. (Doc. 9.) In his response, Plaintiff alleges that he served a copy of the complaint and the amended complaint upon certain defendants via certified mail. However, in order to effect service, Plaintiff was required to also (1) serve on Defendants a copy of the summons issued and (2) file an affidavit of service. Here, Plaintiff did neither, despite guidance from Defendants (Doc. 17 at 2). Because Plaintiff has failed to properly serve Defendants within the 90 day period following the filing of his complaint, dismissal of this action without prejudice pursuant to Fed. R. Civ. P. 4(m) is appropriate.

/ / /

/ / /

1 **IT IS ORDERED** that Plaintiff's amended complaint (Doc. 5) is **DISMISSED**
2 **WITHOUT PREJUDICE.** The Clerk of Court is directed to terminate all pending
3 motions and close the case.

Dated this 18th day of November, 2020.

_____
Douglas L. Rayes
United States District Judge